199 F.2d 151
 Lew WALLACE, nee Louis Goldberg, Plaintiff-Appellant,
v.
Oswald D. HECK, as Assemblyman and Speaker of the State
Assembly of New York, Defendant-Appellee.
 No. 66, Docket 22459.
United States Court of Appeals,
Second Circuit.
 Argued Oct. 16, 1952.
Decided Oct. 16, 1952.
 
 Lew Wallace, nee Louis Goldberg, pro se.
 Nathaniel L. Goldstein, Atty. Gen. of New York, for appellee.
 Before AUGUSTUS N. HAND, CHASE and CLARK, Circuit Judges.
 PER CURIAM.
 
 
 1
 Order affirmed in open court.